**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00635-CV

### IN THE INTEREST OF R.H., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-04823-V**

## ORDER

The State's motion for extension of time to file its brief on appeal is **GRANTED**. The

State's brief is due to be filed on or before Friday, September 13, 2019.

/s/     DAVID J. SCHENCK
PRESIDING JUSTICE